TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAREK W. PIATKOWSKI;<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD;<br>LOS ANGELES COUNTY TAX COLLECTOR; and<br>POLAM FEDERAL CREDIT UNION.<br><br>    Defendants. | No. 2:21-cv-08273<br><br>Complaint to Reduce Federal Income Tax Assessments to Judgment and to Foreclose Federal Tax Liens |

The United States of America brings this action to reduce federal income tax assessments owed by Marek W. Piatkowski to judgment and foreclose federal tax liens encumbering real property held by Piatkowski. The United States alleges as follows:

## A. GENERAL ALLEGATIONS

### Authorization for Suit

1. This action is brought at the direction of the Attorney General of the United States and at the request of, and with the authorization of, the Chief Counsel of the IRS, a delegate of the Secretary of the Treasury of the United States.

1

## Jurisdiction and Venue

2. The district court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1340, as well as 26 U.S.C. §§ 7402 and 7403.

3. Venue properly lies in the Central District of California under 28 U.S.C. §§ 1391(b)(2) and 1396 because a substantial part of the events giving rise to the United States' claims in this action occurred within the judicial district, because the property that is the subject of this action is situated in the district, and because this is a civil action to collect various income tax liabilities owed by Piatkowski, who resides in and filed tax returns in the district.

## The Subject Property

4. The United States seeks, among other relief, an order foreclosing its tax liens on real property (the subject property) commonly known as 2794 Woodlyn Road, Pasadena, California 91107-1879.

5. The subject property is located in Los Angeles County with assessor's parcel number 5751-006-052 and is legally described as "LOT 152 OF TRACT NO 45347, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1120 PAGE(S) 54 TO 60 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY EXCEPT THEREFROM ALL MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL GEOTHERMAL RESOURCES THAT MAY NOW OR HEREAFTER BE FOUND, LOCATED, CONTAINED, DEVELOPED OR TAKEN ON, IN, UNDER, OR FROM SAID LAND OR ANY PART THEREOF, WITHOUT, HOWEVER, ANY RIGHT TO SURFACE ENTRY OR RIGHT OF ENTRY TO THE SUBSURFACE THEREOF TO A DEPTH OF 500 FEET BENEATH THE SURFACE OF SAID PROPERTY FOR THE DEVELOPMENT, REMOVAL, OR OTHER EXPLOITATION OF SAID RESOURCES OR SUBSTANCES, AS RESERVED IN DEED RECORDED DECEMBER 19, 1990 AS INSTRUMENT NO 90-2088036."

6. Piatkowski, who is also known as Marek Piatkowski-Nazarro and Marek W. Piatkowski, Jr., acquired title to the subject property from Kaufman and Broad of Southern California, Inc., via a corporation grant deed dated November 16, 1990. The corporation grant deed was recorded in the Los Angeles County Recorder's Office on December 19, 1990, as instrument number 1990-2088036.

7. The subject property is encumbered by a loan issued by Polam Federal Credit Union (Polam). Polam's loan is evidenced by a deed of trust dated November 1, 2004. The deed of trust was recorded in the Los Angeles County Recorder's Office on November 17, 2004, as instrument number 2004-2979101.

8. The subject property is also encumbered by notices of state tax liens (NSTLs) filed by the State of California Franchise Tax Board (FTB) in the Los Angeles County Recorder's Office. The FTB filed NSTLs as follows:

| Date | Tax Years | Instrument Number |
|---|---|---|
| October 10, 2012 | 2009, 2010 | 2012-1523856 |
| December 10, 2013 | 2011 | 2013-1741338 |
| February 6, 2015 | 2012 | 2015-0137948 |

9. The subject property may be encumbered by accrued but unrecorded property tax liens held by the Los Angeles County Tax Collector (County). According to the County's website, the property taxes on the subject property have been delinquent since 2018, and as of August 10, 2021, the unpaid balance on the delinquent County taxes is in excess of $39,113.

## B. CAUSES OF ACTION

### Count I: To Reduce Federal Tax Assessments to Judgment
### (Against Piatkowski Only)

10. The United States incorporates by reference its allegations contained in paragraphs 1 through 9, above, as if fully set forth herein.

11. The tax assessments that the United States seeks to reduce to judgment relate to Piatkowski's federal income taxes for the 2005, 2007, 2008, 2009, 2010, 2011,

2012, 2014, 2016, and 2017 tax years.

12. Piatkowski did not timely federal income tax returns for the 2005, 2007, 2008, 2009, 2010, 2011, and 2012 tax years. The IRS accordingly prepared substitute returns (SFRs) for those years on his behalf pursuant to 26 U.S.C. § 6020(b).

13. Piatkowski filed federal income tax returns for the 2014, 2016, and 2017 tax years. Those returns, however, reported balances due.

14. Based on the SFRs prepared by the IRS and the tax returns submitted by Piatkowski, a delegate of the Secretary of the Treasury made tax assessments against Piatkowski as set forth below:

| Tax Period Ending | Assessment Date | Amount | Assessment Type | Balance Due as of October 5, 2021 |
|---|---|---|---|---|
| 12/31/2005 | 11/7/2011 | $326 | Estimated-Tax Penalty[1] | $101,186 |
|  | 11/7/2011 | $8,238 | Late-filing penalty[2] |  |
|  | 11/7/2011 | $36,615 | Tax (SFR) |  |
|  | 11/7/2011 | $15,754 | Interest[3] |  |
|  | 11/7/2011 | $9,154 | Late-payment penalty[4] |  |
|  | 9/2/2013 | $3,931 | Interest |  |
|  | 9/1/2014 | $2,248 | Interest |  |
|  | 9/7/2015 | $2,361 | Interest |  |
|  | 9/5/2016 | $2,734 | Interest |  |
|  | 9/3/2018 | $7,131 | Interest |  |
|  | 9/2/2019 | $4,986 | Interest |  |
| 12/31/2007 | 10/31/2011 | $1,912 | Estimated-tax penalty | $102,801 |
|  | 10/31/2011 | $9,452 | Late-filing penalty |  |

---

[1] 26 U.S.C. § 6654.
[2] 26 U.S.C. § 6651(a)(1).
[3] 26 U.S.C. §6601.
[4] 26 U.S.C. § 6651(a)(2).

4

|   |            | 10/31/2011 | $42,011   | Tax (SFR)            |           |
|---|------------|------------|-----------|----------------------|-----------|
| 1 |            | 10/31/2011 | $8,482    | Interest             |           |
| 2 |            | 10/31/2011 | $9,032    | Late-payment penalty |           |
| 3 |            | 9/3/2012   | $1,470    | Late-payment penalty |           |
| 4 |            | 9/2/2013   | $4,064    | Interest             |           |
| 5 |            | 9/1/2014   | $2,321    | Interest             |           |
| 6 |            | 9/7/2015   | $2,438    | Interest             |           |
| 7 |            | 9/5/2016   | $2,823    | Interest             |           |
| 8 |            | 9/3/2018   | $7,363    | Interest             |           |
| 9 |            | 9/2/2019   | $5,148    | Interest             |           |
|   |            | 3/16/2020  | $30       | Collection Fee       |           |
|   |            | 12/28/2020 | $28       | Collection Fee       |           |
|   | 12/31/2008 | 1/9/2012   | $6,155    | Estimated-tax penalty| $451,051  |
|   |            | 1/9/2012   | $43,095   | Late-filing penalty  |           |
|   |            | 1/9/2012   | $191,532  | Tax (SFR)            |           |
|   |            | 1/9/2012   | $25,777   | Interest             |           |
|   |            | 1/9/2012   | $31,603   | Late-payment penalty |           |
|   |            | 9/3/2012   | $13,407   | Late-payment penalty |           |
|   |            | 9/2/2013   | $15,505   | Interest             |           |
|   |            | 9/2/2013   | $2,873    | Late-payment penalty |           |
|   |            | 9/1/2014   | $10,020   | Interest             |           |
|   |            | 9/7/2015   | $10,526   | Interest             |           |
|   |            | 9/5/2016   | $12,186   | Interest             |           |
|   |            | 9/3/2018   | $31,787   | Interest             |           |
|   |            | 9/2/2019   | $22,227   | Interest             |           |
|   | 12/31/2009 | 2/18/2013  | $1,132    | Estimated-tax penalty| $106,597  |
|   |            | 2/18/2013  | $10,640   | Late-filing penalty  |           |

|   |   |   |   |   |
|---|---|---|---|---|
|   | 2/18/2013 | $47,287 | Tax (SFR) |   |
|   | 2/18/2013 | $5,934 | Interest |   |
|   | 2/18/2013 | $8,275 | Late-payment penalty |   |
|   | 9/2/2013 | $1,190 | Interest |   |
|   | 9/2/2013 | $2,601 | Late-payment penalty |   |
|   | 9/1/2014 | $2,340 | Interest |   |
|   | 9/1/2014 | $946 | Late-payment penalty |   |
|   | 9/7/2015 | $2,488 | Interest |   |
|   | 9/5/2016 | $2,880 | Interest |   |
|   | 9/3/2018 | $7,512 | Interest |   |
|   | 9/2/2019 | $5,253 | Interest |   |
| 12/31/2010 | 2/18/2013 | $1,714 | Estimated-tax penalty | $174,062 |
|   | 2/18/2013 | $17,982 | Late-filing penalty |   |
|   | 2/18/2013 | $79,921 | Tax (SFR) |   |
|   | 2/18/2013 | $6,054 | Interest |   |
|   | 2/18/2013 | $9,191 | Late-payment penalty |   |
|   | 9/2/2013 | $1,865 | Interest |   |
|   | 9/2/2013 | $4,396 | Late-payment penalty |   |
|   | 9/1/2014 | $3,678 | Interest |   |
|   | 9/1/2014 | $6,394 | Late-payment penalty |   |
|   | 9/7/2015 | $4,062 | Interest |   |
|   | 9/5/2016 | $4,703 | Interest |   |
|   | 9/3/2018 | $12,267 | Interest |   |
|   | 9/2/2019 | $8,578 | Interest |   |
| 12/31/2011 | 6/30/2014 | $651 | Estimated-tax penalty | $68,811 |
|   | 6/30/2014 | $34,930 | Late-filing penalty |   |
|   | 6/30/2014 | $155,245 | Tax (SFR) |   |

|            | 6/30/2014 | $13,013   | Interest              |          |
|            | 6/30/2014 | $20,958   | Late-payment penalty  |          |
|            | 9/7/2015  | $8,251    | Interest              |          |
|            | 9/7/2015  | $17,853   | Late-payment penalty  |          |
|            | 9/5/2016  | $8,808    | Interest              |          |
|            | 9/3/2018  | $22,975   | Interest              |          |
|            | 9/2/2019  | $16,065   | Interest              |          |
| 12/31/2012 | 8/17/2015 | $377      | Estimated-tax penalty | $42,688  |
|            | 8/17/2015 | $27,060   | Late-filing penalty   |          |
|            | 8/17/2015 | $120,268  | Tax (SFR)             |          |
|            | 8/17/2015 | $10,712   | Interest              |          |
|            | 8/17/2015 | $17,439   | Late-payment penalty  |          |
|            | 9/5/2016  | $6,494    | Interest              |          |
|            | 9/5/2016  | $12,628   | Late-payment penalty  |          |
|            | 9/3/2018  | $17,245   | Interest              |          |
|            | 9/2/2019  | $12,059   | Interest              |          |
| 12/31/2014 | 2/13/2017 | $7,218    | Tax                   | $13,641  |
|            | 2/13/2017 | $1,624    | Late-filing penalty   |          |
|            | 2/13/2017 | $794      | Late-payment penalty  |          |
|            | 2/13/2017 | $582      | Interest              |          |
|            | 9/3/2018  | $702      | Interest              |          |
|            | 9/3/2018  | $1,011    | Late-payment penalty  |          |
|            | 9/2/2019  | $672      | Interest              |          |
| 12/31/2016 | 6/5/2017  | $2,037    | Tax                   | $3,044   |
|            | 6/5/2017  | $20       | Late-payment penalty  |          |
|            | 6/5/2017  | $11       | Interest              |          |
|            | 9/3/2018  | $115      | Interest              |          |

|  | 9/3/2018 | $295 | Late-payment penalty |  |
|  | 9/2/2019 | $140 | Interest |  |
|  | 9/2/2019 | $194 | Late-payment penalty |  |
| 12/31/2017 | 6/4/2018 | $3,283 | Tax | $364 |
|  | 6/4/2018 | $3 | Late-payment penalty |  |
|  | 6/4/2018 | $1 | Interest |  |
|  | 9/3/2018 | $3 | Interest |  |
|  | 9/3/2018 | $6 | Late-payment penalty |  |
|  | 9/2/2019 | $15 | Interest |  |
|  | 9/2/2019 | $31 | Late-payment penalty |  |
|  |  |  |  | **Total: $1,064,245** |

15.  On or around March 16, 2020, Piatkowski submitted delinquent federal income tax returns for the 2011 and 2012 tax years. Based on Piatkowski's delinquent federal income tax returns for the 2011 and 2012 tax years, the IRS abated on February 15, 2021, some, but not all, of the taxes, penalties, and interest it had assessed for those tax years.

16.  Notice of the liabilities described in paragraph 14 was given to, and payment demanded from, Piatkowski.

17.  Despite proper notice and demand, Piatkowski failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, Piatkowski remains liable to the United States in the amount of $1,064,245 as of October 5, 2021, plus statutory interest and fees that have accrued and will continue to accrue according to law.

**Count II: To Foreclose Federal Tax Liens**

**(Against Piatkowski, Polam, the FTB, and the County)**

18.  The United States realleges and incorporates the allegations in paragraphs 1 through 16, above, as if fully set forth herein.

19. By virtue of the assessments described in paragraph 14 and Piatkowski's failure to timely pay such assessments, federal tax liens arose in favor of the United States.

20. The liens described in the preceding paragraph attached to all property and rights to property owned by Piatkowski, including without limitation his interest in the subject property.

21. On March 6, 2020, a duly authorized delegate of the Secretary of the Treasury filed a notice of federal tax lien (NFTL) against Piatkowski in the Los Angeles County Recorder's Office as follows:

| Instrument Number | Tax Periods | Amount |
|---|---|---|
| 2020-0266193 | 12/31/2005, 12/31/2007, 12/31/2008, 12/31/2009, 12/31/2010, 12/31/2011, 12/31/2012, 12/31/2014, 12/31/2016, 12/31/2017 | $1,408,930 |

22. The United States is entitled to foreclose its federal tax liens on the subject property pursuant to 26 U.S.C. § 7403.

23. Upon the sale of the subject property, the United States is entitled to apply the proceeds according to its lien priority to Piatkowski's outstanding federal tax liabilities, including accrued interest and penalties.

24. The United States has named as defendants the entities that have liens or may claim in an interest in the subject property pursuant to 26 U.S.C. § 7403(b). The parties and their putative interests in the subject property are alleged in paragraphs 6 through 9 of this complaint, which are incorporated by reference.

25. The United States requests that the Court adjudicate the merits and respective priorities of its and defendants' respective claims to and liens upon the subject property and decree a sale of the subject property to enforce its tax liens pursuant to 26

U.S.C. § 7403(c).

WHEREFORE, the United States requests that the Court:

A. Enter a judgment in favor of the United States and against Piatkowski for his income tax liabilities for the 2005, 2007, 2008, 2009, 2010, 2011, 2012, 2014, and 2017 tax years in the aggregate amount of $1,064,245, calculated to October 5, 2021, plus interest and statutory additions thereon as provided by law from the date of each assessment, including all fees and collection costs incurred before or after the filing of this complaint;

B. Determine and adjudge that the United States has valid federal tax liens which attached to all property and rights to property of Piatkowski, including, but not limited to, his interest in the subject property;

C. Enforce the United States' recorded and unrecorded tax liens by foreclosing its federal tax liens against the subject property;

D. Order the sale of the subject property;

E. Determine the interests and respective priorities of the parties in the subject property;

F. Order the distribution of the proceeds from the sale of the subject property in accordance with the parties' respective interests;

//
//
//

G. Grant the United States its costs incurred in bringing this action, including all fees and collection costs incurred before or after the filing of this complaint; and

H. Order any further relief it deems just and appropriate.

Dated: October 19, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for the United States of America