JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV 21-8273-GW-DTBx |
| Plaintiff, | JUDGMENT |
| v. | |
| Marek W. Piatkowski, et al., | |
| Defendants. | |

This order is based on the evidence presented at trial, the Court's previous rulings, all other matters properly before the Court—including but not limited to the stipulation as to lien priority (ECF 20), the stipulation of facts (ECF 67), and the ruling on the United States' motion for partial summary judgment (ECF 75), the declaration of Dr. Woo Kim (ECF 89), and Defendant's untimely submitted 2008 tax return (ECF 119, Exhibit 200)—and the reasons stated on the record on December 12, 2024.

Defendant is not entitled the head of household filing status for the years 2005, and 2007-2010.

1

Defendant is not entitled to claim his parents as dependents for the years 2005, and 2007-2010.

Defendant is not entitled to claim any deduction for meals and entertainment for the years 2007 and 2008.

Defendant is entitled to a deduction for taxes and licenses as claimed for the years 2005, and 2008-2010 in the amount of $120, $190, $430, and $190, respectively.

Defendant is entitled to a deduction for management fees of $37,400 for the year 2008, which corresponds to 40% of $93,500 in income—that he reported on Defendant's untimely submitted Form 1040 for the 2008 tax year—that he received from A83 Inc.

Defendant is entitled to a deduction for management fees of $14,723.13 for the year 2009, consistent with the declaration of Dr. Woo Kim, ¶ 9.

Defendant is entitled to a deduction for management fees of $28,891 for the year 2010, consistent the declaration of Dr. Woo Kim, ¶ 10.

Defendant is liable for the following taxes and additions to tax for tax years 2005, 2007, 2008, 2009, and 2010:

| Tax Year | Income Tax | 26 U.S.C. § 6651(a)(1) | 26 U.S.C. § 6651(a)(2) | 26 U.S.C. § 6654(a) | Total |
|---|---|---|---|---|---|
| 2005 | $ 29,606.00 | $ 6,661.35 | $ 7,401.50 | $ 190.87 | $ 43,859.72 |
| 2007 | $ 42,012.00 | $ 9,452.70 | $ 10,503.00 | $ 1,912.09 | $ 63,879.79 |
| 2008 | $ 164,321.00 | $ 36,972.23 | $ 41,080.25 | $ 1,307.47 | $ 243,680.95 |
| 2009 | $ 26,714.00 | $ 6,010.65 | $ 6,678.50 | $ 639.58 | $ 40,042.73 |
| 2010 | $ 26,749.00 | $ 6,018.53 | $ 6,687.25 | $ 573.65 | $ 40,028.43 |
|  | $ 289,402.00 | $ 65,115.46 | $ 72,350.50 | $ 4,623.66 | $ 431,491.62 |

As of February 26, 2025, the balance due owed by Defendant to the United States for the tax years at issue is as follows:

| Tax Year | Balance Due as of 2/26/2025 |
|---|---|
| 2005 | $28,811.49 |
| 2007 | $64,248.83 |
| 2008 | $410,603.97 |
| 2009 | $64,967.28 |
| 2010 | $52,941.21 |
| 2011 | $9,760.51 |
| 2012 | $6,083.52 |
| 2014 | $1,596.83 |
| 2015 | $0.00 |
| 2017 | $0.00 |
| Total | $639,013.64 |

Interest continues to accrue as allowed by law.

///
///
///

The tax liens arising from the tax liabilities owed by Defendant attached to his residence in Pasadena, California, and then attached to the proceeds from the sale of that property of $524,468.16. The proceeds are currently held in the State Bar of California Client Trust Account of Peña & Soma, APC ("Peña"), Defendant's bankruptcy attorney of record. Within 10 days of entry of this Judgment on the Court's docket, Peña shall distribute the $524,468.16 in accordance with the lien priority as follows:

Payment to the Franchise Tax Board, in the amount of $15,684.58. Payment shall be by check made payable to the "Franchise Tax Board," state in the memo line "Taxpayer Marek Piatkowski, case number 2:21-cv-08273-GW" and be mailed to:

CA Franchise Tax Board
Legal Division
Attn: Martha Gehrig
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

The remaining balance of $508,783.58, plus interest if any, shall be paid to the United States by check made payable to the "United States Treasury," state in the memo line "Taxpayer Marek Piatkowski, case number 2:21-cv-08273-GW" and be mailed to:

U.S. Attorney's Office – Civil Tax Section
Attn: AUSA Gavin Greene
300 N. Los Angeles St., Room 7211
Los Angeles, CA 90012

Payments made to the United States will be applied in the best interests of the Government in partial satisfaction of Defendant's outstanding tax liabilities.

**IT IS SO ORDERED.**

DATED: March 13, 2025  _____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE